IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-1995-AP

JEAN M. THOMPSON,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| KATHRYN HALL, ESQ.<br>Law Office of Kathryn Hall<br>8910 Ralston Road, Suite 203<br>Arvada, CO 80002<br>Tele: 303-456-5928<br>Fax: 303-456-5410<br>kathrynhall@qwestoffice.net | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS,<br>Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>1225 17th St., #700<br>Denver, CO 80202<br>Tele: 303-844-7278<br>Fax: 303-844-0770<br>Kevin.traskos@usdoj.gov<br><br>DEBRA J. MEACHUM<br>Special Assistant U.S. Attorney<br>1001 17th Street,<br>Denver, CO 80202<br>Tele: 303-844-1570<br>Fax: 303-844-0770<br>debra.meachum@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

| | |
|---|---|
| A. Date Complaint was filed: | August 19, 2010 |
| B. Date Complaint was served on U.S. Attorney's office: | August 19, 2010 |
| C. Date Answer and Administrative Record were filed: | October 26, 2010 |

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

The Administrative Record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**.

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters to bring to the Court's attention.

**8. BRIEFING SCHEDULE**

The parties respectfully request the following briefing schedule, due to counsel for Defendant's extended absence in the office.

| | | |
|---|---|---|
| A. | **Plaintiff's Opening Brief due:** | December 15, 2010 |
| B. | **Defendant's Response Brief due:** | January 14, 2011 |
| C. | **Plaintiff's Reply Brief (if any) due:** | January 29, 2011 |

**9. STATEMENTS REGARDING ORAL ARGUMENT**

| | | |
|---|---|---|
| A. | **Plaintiff's statement**: | Plaintiff does not request oral argument. |
| B. | **Defendant's statement**: | Defendant does not request oral argument. |

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     **A.    ( X )  All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

     **B.    (   ) All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

     DATED this 23rd day of November 2010.

                                                  BY THE COURT

                                                *s/John L. Kane*
_____                                            U.S. DISTRICT COURT JUDGE

APPROVED:

/s/ Kathryn Hall
Kathryn Hall, esq.
Law Office of Kathryn Hall
8910 Ralston Road, Suite 203
Arvada, CO 80002
Tele: 303-456-5928
Fax: 303-456-5410
Email: kathrynhall@qwestoffice.net

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

/s/ Debra J. Meachum
By:   Debra J. Meachum
Special Assistant U.S. Attorney
1001 17TH Street, Suite 600
Denver, CO 80202
Tele: 303-844-1570
Fax: 303-844-0770
Email: debra.meachum@ssa.gov